IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ANGELA DENISE NAILS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:18-CV-1051-WKW |
| | ) | [WO] |
| ALABAMA POWER, | ) | |
| Defendant. | ) | |

## **ORDER**

On December 17, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 11.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 27th day of January, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE